**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-02666-REB-CBS

LARRY C. SCHERRER,

    Plaintiff,

v.

LOU VALLARIO
JASON ALSTATT,
EARL GAY
TERRY WILSON
SCOTT TEMPLON
MATTHEW GRONBECK,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the Magistrate Judge's **Recommendation of United States Magistrate Judge** [#16], filed March 3, 2006.  No objections to the recommendation have been filed.  Therefore, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

---

[1] This standard pertains even though plaintiff is proceeding *pro se*.  ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#16], filed March 3, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That Defendants Vallario, Alstatt, and Gay's Motion to Dismiss [#9], filed January 16, 2006, is **GRANTED**;

3. That Defendants Wilson and Gronbeck's Motion to Dismiss [#12], filed January 17, 2006, is **GRANTED**;

4. That plaintiff's claims against defendants Vallario, Alstatt, Gay, Wilson, and Gronbeck are **DISMISSED WITH PREJUDICE** under FED. R. CIV. P. 12(b)(6);

5. That this matter is **DISMISSED WITHOUT PREJUDICE** against Defendant Templon on the court's initiative under FED. R. CIV. P. 4(m), for failure to effect service of process, and under D.C.COLO.LCivR 41.1, for failure to prosecute; and

6. That this case is **DISMISSED**.

Dated July 24, 2006, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge